## Commonwealth *v.* Stewart (No. 1).

Argued Feb. 15, 1909. Appeal, No. 31, Oct. T., 1909, by W. B. Rhodes and Mary H. Rhodes, executors of Joshua W. Rhodes, deceased, from order of C. P. No. 2, Allegheny Co., July T., 1908, No. 179, discharging rule to open judgment in case of Commonwealth v. William Stewart et al. Before BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

PER CURIAM, March 16, 1909:

The learned counsel for appellant have invoked the doctrine of estoppel to defeat the right of the commonwealth to proceed upon the bond in suit. As we view the facts of this case and the law applicable thereto the question of estoppel cannot be raised. For the reasons given in the opinion, ante, p. 103, the order of the court below discharging the rule to open judgment is affirmed.

